MORTIMER FALK et al., Respondents, *v.* THE AMERICAN WEST INDIES TRADING COMPANY, Appellant.

*Falk* v. *American West Indies Trading Co.,* 71 App. Div. 320, appeal dismissed.

(Submitted June 9, 1902; decided June 17, 1902.)

MOTION to dismiss an appeal from a judgment entered May 6, 1902, upon an order of the Appellate Division of the Supreme Court in the first judicial department affirming an interlocutory judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the record presents no question for review by the Court of Appeals and that the judgment and order are not appealable.

*Morris S. Wise* for motion.

*Isaac M. Aron* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

In the Matter of the Accounting of CHARLES S. OAKLEY, as Executor of and Trustee under the Will of WILLIAM H. OAKLEY, Deceased.

WILLIAM H. OAKLEY, Appellant; CHARLES S. OAKLEY, as Executor, etc., et al., Respondents.

(Argued June 9, 1902; decided June 17, 1902.)

Motion to amend remittitur granted so as to allow bills of costs in this court, one to the executors and one to Miss Berlin, payable out of the estate. (See 171 N. Y. 652.)